

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**

MAY X 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                              No CV-08-80055 MISC VRW

Erica Mihae Kim,
                                                      ORDER
          State Bar No 158929

_____/

On March 26, 2008, the court issued an order to show cause (OSC) why Erica Mihae Kim should not be removed from roll of attorneys authorized to practice law before this court based on her suspension by the California State Bar following a criminal conviction, effective December 21,2007.  The OSC was mailed to the address of record with the State Bar for Ms Kim.  Ms Kim has filed no response to the OSC.

The court now orders Erica Mihae Kim removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Erica Mihae Kim,

Case Number: C08-80055  MISC VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erica Mihae Kim
PO Box 10327
Marina Del Ray, CA 90295

Date:  May 6, 2008

Richard W. Wieking, Clerk
By:   Cora Klein, Deputy Clerk

*Cora Klein*